FILED

2020 FEB 12 PM 3: 40

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:20-cr-23-ORL-18-DCI
18 U.S.C. § 924(a)(1)(A)

WILMER EDUARDO MEJIA-PALACIOS

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about February 21, 2019, in the Middle District of Florida, the defendant,

**WILMER EDUARDO MEJIA-PALACIOS,**

did knowingly make a false statement and representation to Academy Sports and Outdoors, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Academy Sports and Outdoors, in that the defendant falsely claimed to be a United States citizen, falsely claimed not to be illegally or unlawfully in the United States, and falsely claimed not to have an alien number in response to Questions 12a, 12c, and 13 of the ATF Form 4473.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT TWO

On or about August 13, 2019, in the Middle District of Florida, the defendant,

**WILMER EDUARDO MEJIA-PALACIOS,**

did knowingly make a false statement and representation to Instant Replay Pawn and Gun, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Instant Replay Pawn and Gun, in that the defendant falsely claimed to be a United States citizen, falsely claimed not to be illegally or unlawfully in the United States, and falsely claimed not to have an alien number in response to Questions 12a, 12c, and 13 of the ATF Form 4473.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT THREE

On or about August 31, 2019, in the Middle District of Florida, the defendant,

**WILMER EDUARDO MEJIA-PALACIOS,**

did knowingly make a false statement and representation to Academy Sports and Outdoors, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions

of Chapter 44 of Title 18, United States Code, to be kept in the records of Academy Sports and Outdoors, in that the defendant falsely claimed to be a United States citizen, falsely claimed not to be illegally or unlawfully in the United States, and falsely claimed not to have an alien number in response to Questions 12a, 12c, and 13 of the ATF Form 4473.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT FOUR

On or about December 9, 2019, in the Middle District of Florida, the defendant,

**WILMER EDUARDO MEJIA-PALACIOS,**

did knowingly make a false statement and representation to Academy Sports and Outdoors, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Academy Sports and Outdoors, in that the defendant falsely claimed to be a United States citizen, falsely claimed not to be illegally or unlawfully in the United States, and falsely claimed not to have an alien number in response to Questions 12a, 12c, and 13 of the ATF Form 4473.

In violation of 18 U.S.C. § 924(a)(1)(A).

## FORFEITURE

1. The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 924(a)(1)(A), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Brandon Bayliss
Special Assistant United States Attorney

By: _____
Sara C. Sweeney
Assistant United States Attorney
Deputy Chief, Orlando Division

5

FORM OBD-34
2/11/20 Revised

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Orlando Division

THE UNITED STATES OF AMERICA

vs.

WILMER EDUARDO MEJIA-PALACIOS

## INDICTMENT

Violations: 18 U.S.C. § 924(a)(1)(A)

A true bill,

_____
Foreperson

Filed in open court this __12__ day of 12th day of February 2020.

_____
Clerk

Bail  $ _____

GPO 863 525