FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2020 SEP -2 PM 2: 26

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 6:20-cr-23-ORL-18DCI
18 U.S.C. § 924(a)(1)(A)

WILMER EDUARDO MEJIA-PALACIOS

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about February 21, 2019, in the Middle District of Florida, the defendant,

**WILMER EDUARDO MEJIA-PALACIOS,**

did knowingly make a false statement and representation to employees of Academy Sports and Outdoors, a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Academy Sports and Outdoors, in that the defendant falsely claimed to be a United States citizen, in response to Question 12a of the ATF Form 4473.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT TWO

On or about August 13, 2019, in the Middle District of Florida, the defendant,

### WILMER EDUARDO MEJIA-PALACIOS,

did knowingly make a false statement and representation to employees of Instant Replay Jewelry and Pawn, a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Instant Replay Jewelry and Pawn, in that the defendant falsely claimed to be a United States citizen in response to Question 12a of the ATF Form 4473.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT THREE

On or about August 31, 2019, in the Middle District of Florida, the defendant,

### WILMER EDUARDO MEJIA-PALACIOS,

did knowingly make a false statement and representation to employees of Academy Sports and Outdoors, a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States

Code, to be kept in the records of Academy Sports and Outdoors, in that the defendant falsely claimed to be a United States citizen, in response to Questions 12a of the ATF Form 4473.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT FOUR

On or about December 9, 2019, in the Middle District of Florida, the defendant,

**WILMER EDUARDO MEJIA-PALACIOS,**

did knowingly make a false statement and representation to employees of Academy Sports and Outdoors, a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Academy Sports and Outdoors, in that the defendant falsely claimed to be a United States citizen in response to Question 12a of the ATF Form 4473.

In violation of 18 U.S.C. § 924(a)(1)(A).

## FORFEITURE

1. The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 924(a)(1)(A), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Terry Basil Livanos
Assistant United States Attorney

By: _____
Sara C. Sweeney
Assistant United States Attorney
Deputy Chief, Orlando Division

5

FORM OBD-34
September 20

No. 6:20-cr-23-Orl-18DCI

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

WILMER EDUARDO MEJIA-PALACIOS

## SUPERSEDING INDICTMENT

Violation:   18 U.S.C. § 924(a)(1)(A)

A true bill,

_____
Foreperson

Filed in open court this 2nd day of September, 2020.

_____
Clerk

Bail $_____

GPO 863 525