UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,  Case No. 6:20-cr-23-Orl-18DCI
   Plaintiff, ☐
   Government ☒     ☐ Evidentiary
                                    ☒ Trial
                                    ☐ Other

v.

FILED IN OPEN COURT
September 11, 2020
CLERK
U.S. DISTRICT COURT

WILMER EDUARDO MEJIA-PALACIOS
   Defendant ☐

## EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | SEP 09 2020 | SEP 09 2020 | Kerrie Rogers | NO | Certified Federal Firearms License Instant Replay and Pawn (Bates. No. 0069) |
| 2 | SEP 09 2020 | SEP 09 2020 | Kerrie Rogers | NO | ATF Form 4473 Instant Replay/Pawn from 8/13/19 (Bates. Nos. 0902-0907) |
| 3 | SEP 09 2020 | SEP 09 2020 | Kerrie Rogers | NO | Invoice for sale of Firearm From Instant Replay Jewelry/Pawn 8/13/19 (Bates. Nos. 0908, 0909) |
| 4 * | SEP 09 2020 | SEP 09 2020 | Kerrie Rogers | NO | DVD Containing Surveillance Video Instant Replay/Pawn 8/13/19 |
| 5 | SEP 09 2020 | SEP 09 2020 | Kerrie Rogers | NO | Photo Stills from CCTV on 8/13/19 at Instant Replay Jewelry and Pawn (Bates. Nos. 0941, 0942, 0945, 0947-0950) |

---

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.


* NOT SCANNED

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 6 | Sept 09 2020 | SEP 09 2020 | Kerrie Rogers | NO | Photographs of Firearm/Firearm box/ATF 4473 From Instant Replay and Pawn (Bates. Nos. 0915, 0916, 0918 0919, 0924, 0925, 0926) |
| 7 | SEP 09 2020 | SEP 09 2020 | Kerrie Rogers | NO | Photospread for Ms. Rogers (Bates. Nos. 0086-0089) |
| 8 | SEP 09 2020 | SEP 09 2020 | Anthony Morrison | NO | Certified Federal Firearms License Academy Sports and Outdoors (Bates. No. 0065) |
| 9 | SEP 09 2020 | SEP 09 2020 | Anthony Morrison | NO | Photograph of Mejia Palacios Drivers Licenses (Bates. No. 1178) |
| 10 | SEP 09 2020 | SEP 09 2020 | Brett Miller | | ATF Form 4473 Academy Sports and Outdoors 2/21/19 (Bates. Nos. 0893-0898) |
| 11 | | | | | Academy Sports/Outdoors Firearms Checklist & Return Policy Dated 2/21/19 (Bates. Nos. 0899-0900) |
| 12 | SEP 09 2020 | SEP 09 2020 | Zachary Stephens | | ATF Form 4473 Academy Sports and Outdoors 8/31/19 (Bates. Nos. 0962-0967) |
| 13 | SEP 09 2020 | SEP 09 2020 | Zachary Stephens | | Academy Sports/Outdoors Firearms Checklist & Return Policy Dated 8/31/19 (Bates. Nos. 0968, 0969) |
| * 14 | SEP 09 2020 | SEP 09 2020 | Zachary Stephens | NO | DVD Containing Surveillance Video From Academy Sports and Outdoors 8/31/19 |
| 15 | SEP 10 2020 | SEP 10 2020 | Zachary Stephens | NO | Photographs of Firearm, Box and Instructions 8/31/19 (Bates. Nos. 0989, 0990, 0992, 0994, 0996) |
| 16 | SEP 10 2020 | SEP 10 2020 | Zachary Stephens | NO | Photospread for Mr. Stephens (Bates. Nos. 0080, 0082, 0084, 0081) |
| 17 | SEP 10 2020 | SEP 10 2020 | Alexander Shaouni | NO | ATF Form 4473 Academy Sports and Outdoors 12/9/19 (Bates. Nos. 1168-1174) |


*NOT SCANNED

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 18 | SEP 10 2020 | SEP 10 2020 | Alexander Shaouni | NO | Academy Sports/Outdoors Firearms Checklist & Return Policy Dated 12/9/19 (Bates. Nos. 1176, 1175) |
| 19 | SEP 10 2020 | SEP 10 2020 | Alexander Shaouni | | DVD Containing Surveillance Video From Academy Sports and Outdoors 12/9/19 |
| 20 | SEP 10 2020 | SEP 10 2020 | Alexander Shaouni | | Photographs of Firearm and Box 12/19/19 (Bates.Nos.1188, 1179, 1180, 1185, 1183) |
| 21 | SEP 10 2020 | SEP 10 2020 | Stacy Fleurissaint | NO | DAVID Photo Signature and Array (Bates. Nos. 0092-0097) |
| 22 | SEP 10 2020 | SEP 10 2020 | Stacy Fleurissant | NO | DAVID Address History (Bates. Nos. 0100-0105 |
| 23 | SEP 10 2020 | SEP 10 2020 | Stacy Fleurissaint | NO | DAVID Record of Defendant 9/24/19 (Bates. Nos. 0106, 0107) |
| 24 | SEP 10 2020 | SEP 10 2020 | Stacy Fleurissant | | DAVID Record of Defendant 9/24/19 Oath/Affirmation (Bates. Nos. 0108-0119) |
| 25 | SEP 10 2020 | SEP 10 2020 | Stacy Fleurissant | | DAVID Record of Defendant 11/9/18 Oath/Affirmation (Bates. Nos. 0120-0131) |
| 26 | SEP 10 2020 | SEP 10 2020 | Stacy Fleurissant | | DAVID Record of Defendant 11/13/17 Oath/Affirmation (Bates. Nos. 0140-0151) |
| 27 | SEP 10 2020 | SEP 10 2020 | Stacy Fleurissant | | DAVID Record Proof of Residence Utility Bill (Bates. Nos. 0180, 0179, 0182, 0183) |
| 28 | SEP 10 2020 | SEP 10 2020 | Stacy Fleurissant | | DAVID Record Proof of Residence Vehicle Registration and Certification of Address (Bates. Nos. 0168-0171) |
| 29 | SEP 10 2020 | SEP 10 2020 | Stacy Fleurissant | | Unexpired Honduran Passport of Defendant (Bates. Nos. 0184, 0185, 0186, 0187) |
| 30 | SEP 10 2020 | SEP 10 2020 | Stacy Fleurissant | | Honduran Driver's License of Defendant (Bates. Nos. 0264-0267) |
| 31 | SEP 10 2020 | SEP 10 2020 | Stacy Fleurissant | | Form I 797-C (Bates. Nos. 0252-0255) |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 32 | SEP 10 2020 | SEP 10 2020 | Stacy Fleurissant | | Employment Authorization Card (Bates. Nos. 0172-0175) |
| 33 | SEP 09 2020 | SEP 09 2020 | Olindo Casa | NO | Blue Ribbon Certification of Firearms License for Academy Sports and Outdoors (Bates. Nos. 0063, 0064) |
| 34 | SEP 09 2020 | SEP 09 2020 | Olindo Casa | | Blue Ribbon Certification of Firearms License for Instant Replay and Pawn (Bates. Nos. 0067, 0068) |
| 35 | SEP 09 2020 | SEP 09 2020 | Oindo Casa | | Blank ATF 4473 (Bates. Nos. 1413-1418) |
| 36 | SEP 10 2020 | SEP 10 2020 | Robert Skinner | NO | Copy of Defendants Birth Certificate (Bates. Nos. 0693, 0694) |
| 37 | SEP 10 2020 | SEP 10 2020 | | NO | Copy of Defendants Passport (Bates. No. 0689) |
| 38 | SEP 10 2020 | SEP 10 2020 | | NO | I-589 Asylum Application (Bates. Nos. 0663-0672) |
| 39 | SEP 10 2020 | SEP 10 2020 | | NO | Asylum Interview Notice (Bates No. 0660) |
| 40 | SEP 10 2020 | SEP 10 2020 | | NO | Asylum Interview Questions and Answers (Bates. Nos. 0658, 0826, 0827, 0828-0833, 0657) |
| 41 | SEP 10 2020 | SEP 10 2020 | | NO | DHS Notice to Appear (Bates. Nos. 0644, 0645) |
| 42 | SEP 10 2020 | SEP 10 2020 | | NO | Record of Sworn Statement Form I-867 (Bates Nos. 0851, 0852, 0853, 0854, 0856) |
| 43 | SEP 10 2020 | NO | | yes 404(b) | Form I-259 and Form I275 Bates. Nos. 0759, 0750, 0751, 0757) |
| 44 | SEP 10 2020 | SEP 10 2020 | | NO | Defendants Visa (Bates. No. 0867) |
| 45 | SEP 10 2020 | SEP 10 2020 | | NO | I-765 Application (Bates. Nos. 1394-1404) |
| 46 | SEP 10 2020 | SEP 10 2020 | | NO | Alien Change of Address Form Bates. No. 1393 |
| 47 | SEP 10 2020 | SEP 10 2020 | | NO | Certification of Non Existence Record (Bates. Nos. 1419-1422) |

~~SEP 10 2020~~