

U.S. District Court
Middle District of Florida
Orlando Division

GOVERNMENT EXHIBIT

Exhibit No.: 9

Case No.: 6:20-cr-23-Orl-18DCI

UNITED STATES OF AMERICA

vs.

WILMER EDUARDO MEJIA-PALACIOS

Date Identified: SEP 0 9 2020
Date Admitted: SEP 0 9 2020