**Academy** SPORTS+OUTDOORS

Revised July 2019

## FIREARM TRANSACTION CHECKLIST

Customer Name: Wilmer Eduardo Mejia Palacios    Ph# (Optional) (407) 646-6653

ID Type: FL DL (Temp)   ID# M214-885-84-103-1   Exp Date: 11/09/2019   (If expired, stop transfer)

Instructions: Please circle "Y" for yes, "N" for no, or write "N/A" next to the questions below.

**STEP 1: Follow all safety instructions for handling firearms**
- (Y) N  1  Has the customer been instructed to follow all safety instructions for a firearm transfer?

**STEP 2: Verify that the customer meets the age and residency requirements for a firearm transfer**
- (Y) N  2  Does the customer have valid, UNEXPIRED U.S. government issued photo identification?
- (Y) N  3  Does the customer meet the minimum age (21) AND residency requirements for a handgun, pistol-grip firearm, or receiver transfer? Note - Florida residents under 21 are prohibited from purchasing all firearms.
- (Y) N  4  Does the customer meet the minimum age requirement (18) for a long gun transfer? Note - Florida residents must be
- (Y) N  5  Has the customer's ID #, name, & address been searched in the Denial Database for a possible match?

**STEP 3: Provide proper identification**
- (Y) N  6  Did the customer provide a valid, UNEXPIRED U.S. govt. issued photo ID containing their name, current home address, and a date of birth?
- (N/A) N  7  If no, did the customer provide valid government issued supplemental documentation such as a voter registration, vehicle registration, property tax bill, hunting/fishing license, or a change of address form from the Dept. of Motor Vehicles?
- (Y) N  8  Is the customer a US Citizen? If yes, skip to STEP 4.
- Y N  9  Is the customer a Resident Alien? If yes, did the customer provide an Alien Registration Number (AR# or USCIS#)?
- Y N  10 Is the customer a Nonimmigrant Alien admitted with a Visa? If yes, did the customer provide a valid I-94 number and a valid state hunting license from any US state (cannot be temporary)?

**STEP 4: Complete a Federal Firearms Transaction Record Form 4473**
- (Y) N  11 Did the customer complete each required section of the Form 4473?
- (Y) N  12 Is question 11a answered correctly?
- (Y) N  13 Are questions 11b through 11i answered correctly?
- (Y) N  14 Are questions 12a through 12d answered correctly? (Note: If the customer answers no to 12.d.1, they will answer n/a to 12.d.2.)
- (Y) N  15 Has the customer signed and dated the Form 4473?

**STEP 5: Pass the NICS/POC Background Check**
- Y (N) 16 Did the customer provide a valid, UNEXPIRED concealed handgun permit with current home address to bypass NICS? This license cannot be a lifetime license. The concealed handgun license may be used as an exemption to a NICS background check only if it is issued by one of the following states AND is presented in the same issuing state: Texas, South Carolina, Georgia, Arkansas, Mississippi, North Carolina, Kentucky, Kansas, Louisiana (must be a 5 year permit issued on or after March 9, 2015).
7.23.19- AL CCP IS NO LONGER A VALID EXEMPTION TO THE BACKGROUND CHECK IN ALABAMA

Issuing State _____ CHL/Permit # _____
Issue Date (if applicable) ___/___/_____ Exp Date ___/___/_____

- Y N  17 NC ONLY–For handgun transfers: Did the customer provide a valid pistol purchase permit? Has the permit been attached to the Form 4473? (Note: If the customer has a valid NC concealed handgun license, the permit is not required.)
- Y (N) 18 Did the customer receive a Proceed response from NICS or the POC? (Note: The submitting team member must record their name in section 19g.)

**STEP 6: Review of paperwork and firearm, and complete the firearm transfer (completed by a manager)**
- Y N  19 Has the customer inspected the firearm to make sure it is the correct model, caliber/gauge, whether it has a safety mechanism or not, and ensure there are no issues/flaws with the firearm?
- Y N  20 Has the manager inspected the firearm to the Form 4473 to make sure the correct manufacturer/importer, model, serial number, firearm type, and caliber/gauge have been documented correctly on lines 24–28 on the Form 4473? This information must come directly off of the firearm and match the Electronic A&D log. Report any discrepancies to Firearm Compliance. Firearm Compliance will change the A&D log to match the firearm.
- Y N  21 Has the manager verified that the serial number of the firearm matches the firearm box? Please remove the firearm from the packaging to verify the serial number, caliber/gauge, barrel length, and model with the customer.
- Y N  22 Has the manager verified that there is an owner's manual and cable or trigger lock in the box?
- Y N  23 Has the manager examined the customer's paperwork for accuracy and completeness including transferring team member's signature and transfer date (34-37)?
- Y N  24 Has the manager verified the background check Final Status is "PROCEED"?
- Y N  25 Has the manager VERIFIED, printed his/her name LEGIBLY, and signed the Form 4473?

Manager Printed Name _____    Date _____

Manager Signature _____    Reg# _____ Trans# _____

Serial # FBH1778                                SKU# 00226078965
(List additional firearms on back)

0968

# Firearm Return Policy/Disclaimer

All firearm sales are FINAL. Damaged or defective firearms must be returned to the manufacturer for warranty repair/replacement. Academy Sports + Outdoors (Academy) WILL NOT exchange damaged or defective firearms. Academy will assist customers with shipping firearms to the manufacturer warranty repair facility.

Firearm Tips:

In order to help you enjoy your firearm purchase Academy offers the following:

Academy strongly recommends reading the owner's manual and safety materials before operating any firearm.

Manufacturers highly recommend that new firearms should be thoroughly cleaned to remove any packing grease put on by the manufacturer and then properly lubricated prior to being fired.

Basic Safety Rules:

1. Always keep the firearm pointed in a safe direction.
2. Always keep your finger off the trigger until ready to shoot.
3. Always keep the firearm unloaded until ready to shoot.
4. Always keep the firearm in a secured location when not in use.

Please physically review your firearm, verify the information is correct and the firearm is free of defects:

Manufacturer: Smith & Wesson          Barrel Length:
Model: SDVE                            Serial Number: FBH1778
Caliber/Gauge: 9MM Luger               Manual Safety: Yes or (No)

Date: 08/31/2019

Customer Signature

Team Member Signature



0969