**U.S. Department of Homeland Security**
U.S. Immigration and Customs Enforcement

**Live or Photographic Lineup Display**

| Case Number/Title: | Office |
|---|---|
| Wilmer Eduardo MEJIA-PALACIOS | DHS/HSI/ASAC Orlando |

## INSTRUCTIONS

**Lineup to be conducted: Live / Photographic** *(circle one)*

**To The Photographic Lineup Viewing Witness:**
You are being presented with the photographs of six individuals. Each photograph will be numbered from one (1) to six (6) for identification purposes. You will be asked whether you recognize any of these individuals. If you do, *please do not place any marks on this document.* You will be provided with a form for that purpose. While viewing the photographs, remember that hairstyles, beards, or mustaches can change. Also remember that photographs do not always reflect a person's true complexion. Pay no attention to differences in the style of the photographs or to whether they are in color or black and white. Any comments concerning the identity of, or your inability to identify, any individual whose photograph appears in this document should be limited to the U.S. Immigration and Customs Enforcement (ICE) Special Agent who shows it to you, and should not be made in the presence of other persons or witnesses. On page two of this form you should place your initials and the date on one of the lines provided. This does not signify recognition of any individual whose picture is enclosed. It merely establishes for the record that this is the particular photographic display that you have viewed.

**To The Live Lineup Viewing Witness:**
You are being presented with six individuals in a live lineup. Each individual will be numbered from one (1) to six (6) for identification purposes. You will be asked whether you recognize any of these individuals. If you do, *please do not place any marks on this document.* You will be provided with a form for that purpose. While viewing the individuals, remember that hairstyles, beards, or mustaches can change. Any comments concerning the identity of, or your inability to identify, any individual who appears before you should be limited to the U.S. Immigration and Customs Enforcement (ICE) Special Agent who accompanies you, and should not be made in the presence of other persons or witnesses.

**To the ICE Special Agent:**
No less than six individuals or photographs will be used. In the case of photographs, all six shall be permanently affixed with adhesive cement or glue. Each individual participant or photograph should depict persons similar in physical appearance, i.e., age, race, sex, hair, etc. No more than one suspect of the investigation shall be depicted on any one lineup. No reference will be made on this form, either verbally or in writing, as to the name or identity of any individual participating, either live or via photographic representation, in this lineup. Other than inserting the file number and control office as indicated above, you are to make no notations on this document *except* to sign and date it as of the date of preparation *(not the date(s) on which it is shown to any viewing witness, as ICE Form I-378A is provided for that purpose.)* In order to maintain the evidentiary integrity of the live or photographic identification display, no witness will be allowed to view this completed document in the presence of any other witness; no witness will be allowed to view the completed ICE Form I-378A of any other witness; and no witness will be provided copies of this document or any completed ICE Form I-378A.

_____
*(Signature and Title of Preparing Special Agent)*

*(Date of Preparation)*

ICE Form I-378 (10/08) (Page 1 of 3)

0080

# LIVE/PHOTOGRAPHIC LINEUP DISPLAY
## ACKNOWLEDGEMENT
*(circle one)*

To The Viewing Witness(es)

Please initial and date this document in the spaces below. Make no other marks or comments of any kind regarding the identification of any individuals or photographs. *(See instructions on the cover for any questions regarding this procedure.)*

Date __7/9/19__   Initials __[signature]__

Date _____   Initials _____

Date _____   Initials _____

Date _____   Initials _____

Date _____   Initials _____

Date _____   Initials _____

Date _____   Initials _____

Date _____   Initials _____

Date _____   Initials _____

Date _____   Initials _____

Date _____   Initials _____

ICE Form I-378 (10/08) (Page 2 of 3)

**U.S. Department of Homeland Security**
U.S. Immigration and Customs Enforcement

**Witness Identification Response of Live/Photographic Lineup Display**

| Case Number/Title: | Office |
|---|---|
| | |

I, __Zachary Peter Stephens__, swear or affirm that, today, I have been shown a
*(Print or type full name of viewing witness here)*
live/photographic lineup display consisting of six (6) persons. The individuals/photographs are numbered, and I
have identified: ☐ None of them or ☑ Individual/Photograph number __3__ *(Check the box that applies and insert the number if applicable.)*

as __light brown skin tone, well kept hair, gel ~~set~~, young__
*(Name of the suspect, and/or a description of the basis for knowing the suspect)*
__complexion, and medium → heavy set__

SIGNED *(Viewing Witness)*    PRINTED NAME *(Viewing Witness)* Zachary Peter Stephens

SIGNED *(ICE Special Agent)*    PRINTED NAME *(ICE Special Agent)* SA Mark Henych

SIGNED *(Other ICE Special Agent or Employee Present)*    PRINTED NAME *(Other ICE Special Agent or Employee Present)* SSA Olindo Casa ATF SSA 3693

ICE Form I-378A (10/08)

0084



PHOTOGRAPHIC LINEUP DISPLAY

ICE Form I-378 (10/08) (Page 3 of 3)