OMB No. 1140-0020

Departamento de Justicia de los Estados Unidos
Negociado de Alcohol, Tabaco, Armas de Fuego y Explosivos

# Registro de Transacción de Armas de Fuego

| | Número de serie de transacción del transferidor/vendedor |
|---|---|
| **ADVERTENCIA:** Usted no podrá recibir un arma de fuego si le está prohibido por la ley federal o la estatal. La información que proporcione se utilizará para establecer si la ley le prohíbe recibir un arma de fuego. Ciertas contravenciones de la Ley de Control de Armas de Fuego, secciones 921 et seq. del título 18, Código de los Estados Unidos, se castigan con un máximo de diez años de reclusión o el pago de una multa de $250,000 o con ambas penas.<br><br>Lea los avisos, instrucciones y definiciones de este formulario. Prepare el original sólo en los locales con licencia ("locales con licencia" incluye los negocios realizados temporalmente en una exposición de armas calificado como tal o algún otro evento en el estado en que se encuentra el establecimiento autorizado) a menos que la transacción cumple las condiciones bajo la sección 922(c) del título 18, Código de los Estados Unidos. Todas las entradas deben estar escritas a mano en tinta. "POR FAVOR USE LETRA DE MOLDE." | **ELECTRONIC** |

### Sección A - Debe ser completado personalmente por el adquiriente/comprador

1. Nombre completo del adquiriente/comprador (Si el nombre legal contiene solo una inicial, escriba "IO" después de la inicial. Si no tiene inicial o segundo nombre, escriba "NMN").

| Apellido (Incluyendo sufijo (por ejemplo, Jr, Sr, II, III) | Nombre | Segundo nombre |
|---|---|---|
| Mejia Palacios | Wilmer | Eduardo |

2. Estado Actual de Residencia y Dirección (abreviaciones postales del correo de los Estados Unidos son aceptables. No puede ser un apartado de correo).

| Calle y número | Ciudad | Condado | Estado | Código postal (ZIP Code) |
|---|---|---|---|---|
| 3302 Baldott ave | Orlando | Orange | F-1 | 32833 |

| 3. Lugar de nacimiento | | 4. Estatura | 5. Peso (en libras) | 6. Sexo | 7. Fecha de nacimiento | | |
|---|---|---|---|---|---|---|---|
| Ciudad y estado de los Estados Unidos -O- | País del exterior<br>Honduras | Pies 5'<br>Pulgadas 9" | 210 | Masculino ✓<br>Femenino ☐ | Mes 03 | Día 23 | Año 1984 |

| 8. Número de seguro social (Opcional, pero puede evitar confusiones de identidad) 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 | 9. Número único de identificación personal (UPIN) si es pertinente (Véase las instrucciones para la pregunta 9.) |
|---|---|

| 10.a. Etnicidad | 10.b. Raza (Además de la etnicidad, seleccione una o más razas en 10.b. Tanto 10.a. y 10.b. deben ser contestadas.) | | | |
|---|---|---|---|---|
| ✓ Hispano o latino | ☐ Indio americano o nativo de Alaska | ☐ Negro o afroamericano | | ✓ Blanco |
| ☐ No Hispano o latino | ☐ Asiático | ☐ Nativo de Hawai o de otras islas del Pacífico | | |

| 11. Responda a las siguientes preguntas marcando "sí" o "no" en las casillas a la derecha de las preguntas. | Si | No |
|---|---|---|
| a. ¿Es usted el adquiriente/comprador actual de las armas de fuegos que figuran en este formulario? Advertencia: Usted no es el adquiriente/comprador actual, si usted está adquiriendo el arma(s) de fuego en nombre de otra persona. Si usted no es el adquiriente/comprador real, el transferidor no podrá transferir el arma(s) de fuego a usted. Excepción: Si usted va a recoger un arma(s) de fuego reparado a otra persona, usted no está obligado a responder 11.a. y puede continuar con la pregunta 11.b. (Véase las instrucciones para la pregunta 11.a.) | ✓ | ☐ |
| b. ¿Está bajo acusación o información en cualquier tribunal por un delito grave, o cualquier otro delito por el cual el juez le podría encarcelar durante más de un año? (Véase las instrucciones para la pregunta 11.b.) | ☐ | ✓ |
| c. ¿Alguna vez ha sido condenado en un tribunal por un delito grave, o cualquier otro delito por el que el juez podría haberle encarcelado por más de un año, aunque haya recibido una sentencia más corta entre ellos libertad condicionada? (Véase las instrucciones para la pregunta 11.c.) | ☐ | ✓ |
| d. ¿Es usted un fugitivo de la justicia? (Véase las instrucciones para la pregunta 11.d.) | ☐ | ✓ |
| e. ¿Es usted un usuario ilegal de, o adicto a la marihuana o cualquier depresivo, estimulante, narcótico o cualquier otra sustancia controlada? Advertencia: El uso o posesión de marihuana sigue siendo ilegal bajo la ley federal, independientemente de si se ha legalizado o despenalizado con fines médicos o de recreo en el estado en el que usted reside. | ☐ | ✓ |
| f. ¿Alguna vez ha sido adjudicado como deficiente mentalmente O ha sido alguna vez admitido a una institución mental? (Véase las instrucciones para la pregunta 11.f.) | ☐ | ✓ |
| g. ¿Se le ha dado de alta de las Fuerzas Armadas bajo condiciones deshonorables? | ☐ | ✓ |
| h. ¿Está sujeto a algún mandamiento judicial por el que se le prohíbe acosar, acechar o amenazar a su hijo o hija, o a su pareja, o al hijo de ésta? (Véase las instrucciones para la pregunta 11.h.) | ☐ | ✓ |
| i. ¿Alguna vez ha sido condenado en cualquier corte de un delito menor de violencia doméstica? (Véase las instrucciones para la pregunta 11.i.) | ☐ | ✓ |

12.a. País de ciudadanía: (Marque/Enliste más de uno, si aplica. Los nacionalizados de los Estados Unidos puede marcar U.S.A.).
✓ Estados Unidos de América (U.S.A.)  ☐ Otros País/Países (Especifique):

| | Si | No |
|---|---|---|
| 12.b. ¿Alguna vez ha renunciado a la ciudadanía de los Estados Unidos? | ☐ | ✓ |
| 12.c. ¿Es usted un extranjero ilegal o está ilegalmente en los Estados Unidos? | ☐ | ✓ |
| 12.d.1. ¿Es usted un extranjero que ha sido admitido en los Estados Unidos con una visa de no inmigrante? (Véase instrucciones para la pregunta 12.d.) | ☐ | ✓ |
| 12.d.2. Si su respuesta es "si," ¿puede alegar cualquiera de las excepciones establecidas en las instrucciones?  ✓ N/A | ☐ | ☐ |

13. Si usted es un extranjero, escriba su número de extranjero o admisión a los Estados Unidos (AR #, #USCIS, o I94#):

Ediciones Anteriores Son Obsoletas

El adquiriente/comprador continúa en la página siguiente
**NO SEPARE LAS PÁGINAS; ENGRÁPELAS SI SE SEPARAN**

Forma ATF E 4473 (5300.9) Spanish version Revisado en February 2017

Certifico que mis respuestas en la sección A son verdaderas, correctas y completas. He leído y entendido las notificaciones, instrucciones, y definiciones en el Formulario 4473. Entiendo que contestar "sí" a la pregunta 11.a. si no soy el adquiriente real/comprador es un delito que se castiga como un delito grave bajo la ley federal, y también puede violar leyes estatales y/o locales. Entiendo que una persona que responda "sí" a cualquiera de las preguntas 11.b. a través 12.c. no puede adquirir o recibir un arma de fuego. Entiendo que una persona que responda "sí" a la pregunta 12.d.1. está prohibido recibir o poseer un arma de fuego, a menos que la persona conteste "sí" a la pregunta 12.d.2 y proporcione la documentación requerida en 18.c. También entiendo que hacer cualquier declaración oral o escrita falsa, o exhibir cualquier identificación falsa o tergiversada con respecto a esta transacción, es un delito que se castiga como un delito grave bajo la ley federal, y también puede violar leyes estatales y/o locales. Además, entiendo que la compra repetitiva de armas de fuego para fines de reventa para el sustento y lucro sin una licencia federal de armas de fuego es una violación de la ley federal. *(Véase las instrucciones para la pregunta 14.)*

**14. Firma del adquiriente/comprador:** [signature]

**15. Fecha de certificación:** 12-9-19

### Sección B - Debe responder el Transferidor (Vendedor)

**16. Tipo de armas de fuego por entregar** *(marque todo lo que corresponda):*
- [x] Armas cortas *(pistolas y revólveres)*
- [ ] Armas largas *(rifles y escopetas)*
- [ ] Otras armas de fuego *(armazón, cajón de mecanismos, etc. Véase las instrucciones para la pregunta 16.)*

**17. Si la transferencia es en una exposición de armas o evento:**
Nombre de la función: _____
Ciudad, estado: _____

**18.a. Documento de identidad** *(por ejemplo, permiso de manejar de Virginia u otro documento de identidad de carácter oficial, válido y provisto de fotografía.)* *(Véase las instrucciones para la pregunta 18.a.)*

Autoridad que lo expide e índole del documento: FL / DL
Número del documento de identidad: M214-885-84-103-1
Fecha de vencimiento: Mes 11 / Día 05 / Año 2020

**18.b. Documento complementario emitido** *(si el documento de identificación no muestra el domicilio actual)* *(Véase las instrucciones para la pregunta 18.b.)*

**18.c. Excepción a la prohibición extranjero indocumentado:** Si el adquiriente/comprador respondió "sí" a 12.d.2. el transferidor/vendedor debe registrar el tipo de documento que indique la excepción a la prohibición y adjuntar una copia al Formulario de ATF 4473. *(Véase las instrucciones para la pregunta 18.c.)*

Se deberá responder a las preguntas 19, 20 ó 21 antes de la entrega de las armas de fuego. *(Véase las instrucciones para las preguntas 19, 20 y 21.)*

**19.a. Incluya fecha en que la información** *del adquiriente/comprador en la sección A fue transmitida al NICS o la agencia estatal correspondiente:*
Mes 12 / Día 09 / Año 2019

**19.b. El número de transacción del NICS o del estado** *(si se conoce):* ~~9976249~~ AS 12/11/19

**19.c. La respuesta inicial (primera) proporcionada por NICS o la agencia estatal correspondiente fue:** AS 12/11/19
- [x] Aprobación
- [ ] Aplazamiento *[Las armas de fuego podrán entregarse el ___ si la ley del estado lo permite (opcional)]*
- [x] Denegación
- [ ] Cancelación

**19.d. La siguiente respuesta(s) fue/fueron recibidas de NICS o la agencia estatal correspondiente:**
- [ ] Aprobación _____ *(fecha)*
- [ ] Denegación _____ *(fecha)*
- [ ] Cancelación _____ *(fecha)*
- [ ] Revocado
- [ ] No se facilitó la resolución en el plazo de 3 días hábiles.

**19.e.** *(Responda sólo si es pertinente).* Después de la entrega del arma de fuego, se recibió la respuesta siguiente del NICS o del organismo estatal correspondiente el: _____ *(fecha).*  [ ] Aprobación  [ ] Denegación  [ ] Cancelación

**19.f. Nombre y número de identificación** *(número Brady) del examinador del NICS. (Opcional)*
(nombre) _____ (número) _____

**19.g. Nombre del Empleado del FFL que completó el NICS Check** *(Opcional)*: Alex Shaouni

**20.** [ ] No se requiere ninguna verificación de NICS debido a que una verificación de antecedentes penales se completó durante el proceso de aprobación conforme a la NFA (Ley Nacional de Armas de Fuego) para el individuo que recibirá el arma(s) de fuego NFA, como se refleja en la aplicación NFA aprobada. *(Véase las instrucciones para la pregunta 20.)*

**21.** [ ] No se requiere ninguna verificación de NICS debido a que el adquiriente/comprador tiene un permiso válido del estado en el que la transferencia se llevará a cabo, lo que califica como una exención de NICS. *(Véase las instrucciones para la pregunta 21.)*

| Estado expedidor y tipo de permiso | Fecha de expedición *(de haberla)* | Fecha de vencimiento *(de haberla)* | Número del permiso *(de haberla)* |
|---|---|---|---|
| | | | |

### Sección C - Debe responder personalmente el adquiriente/comprador

Si la transferencia del arma(s) de fuego se lleva a cabo en un día diferente de la fecha en que el adquiriente/comprador firmó la sección A, el adquiriente/comprador debe completar la sección C inmediatamente antes de la transferencia del arma(s) de fuego. *(Véase las instrucciones para las preguntas 22 y 23.)*

Certifico que mis respuestas a las preguntas de la sección A de este formulario siguen siendo veraces, correctas y completas.

**22. Firma del adquiriente/comprador:** _____
**23. Fecha de la recertificación:** _____

El adquiriente/comprador continúa en la página siguiente
NO SEPARE LAS PÁGINAS; ENGRÁPELAS SI SE SEPARAN

Forma ATF E 4473 (5300.9) Spanish
version Revisado en February 2017

| Sección D - Debe ser completado por transferidor/vendedor, aún cuando el arma(s) de fuego no fue transferida. | | | | |
|---|---|---|---|---|
| 24. Fabricante e importador *(de haberlos)*. *(Si el fabricante y el importador son diferentes, el titular de la licencia deberá incluir ambos).* | 25. Modelo *(Si ha sido designado)* | 26. Número de serie | 27. Tipo *(Véase las instrucciones para la pregunta 27)* | 28. Calibre |
| 1. Smith & Wesson | SD9 VE | FB54428 | Pistol | 9mm Luger |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

**RECORDATORIO** - Al cierre de las operaciones debe completar la Forma ATF 3310.4 para las compras múltiples de armas de fuego en un plazo de 5 días laborables consecutivos.

29. Número total de armas de fuego transferidas *(Por favor escribir en letra de molde, por ejemplo, cero, uno, dos, tres, etc. No utilice los numerales.)*
One

30. Marque si alguna parte de esta transacción es una redención de arma de fuego empeñada.
☐ Enliste número(s) de la línea de la pregunta 24 arriba:

31. Para uso por parte del titular de la licencia de armas de fuego *(Vea las instrucciones para la pregunta 31.)*

32. Compruebe si esta operación es para facilitar una transferencia privada.
☐ *(Véase las instrucciones para la pregunta 32.)*

33. Nombre comercial/corporativo y dirección del transferidor/vendedor y número de licencia federal de Armas de Fuego *(debe contener al menos los tres primeros y últimos cinco dígitos del número de licencia FFL X-XX-XXXX.) (Se permite estampado con sello.)*

ACADEMY #226
11955 E COLONIAL DR
ORLANDO, FL 32826

FFL #1-59-31961

La persona que entrega las armas de fuego debe responder a las preguntas 34-37.
En caso de las transacciones denegadas o canceladas, la persona que respondió a la sección B debe responder a las preguntas 34-36.

Certifico que: (1) He leído y entendido las notificaciones, instrucciones y definiciones en esta Forma 4473 de ATF; (2) la información registrada en las secciones B y D es verdadera, correcta y completa; y (3) la totalidad de este registro de la transacción se ha completado en mi local comercial con licencia *("locales con licencia" incluye los negocios realizados temporalmente en una exposición de armas calificado como tal o algún otro evento en el mismo estado en que se encuentra el establecimiento autorizado)* a menos que esta transacción haya reunido los requisitos de la sección 922(c) del título 18, Código de los Estados Unidos. A menos que esta transacción se haya negado o cancelado, certifico basado en; (1) la respuesta del adquiriente/comprador en la sección A *(y la sección C, si aplica)*; (2) mi verificación de la identificación registrada en la pregunta 18 *(y mi nueva verificación en el momento de la transferencia, si la sección C se completó)*; y (3) la ley estatal o local aplicable al negocio de armas de fuego; que es mi creencia de que no es ilegal para mi vender, entregar, transportar, o de otro modo disponer del arma(s) de fuego que aparece en esta forma a la persona identificada en sección A.

| 34. Nombre del transferidor o vendedor *(en letra de molde)* | 35. Firma del transferidor/vendedor | 36. Cargo del transferidor/vendedor | 37. Fecha de entrega |
|---|---|---|---|
| Alex Shaoun | *[signature]* | Team member | |

### AVISOS, INSTRUCCIONES Y DEFINICIONES

**Fines de este formulario:** La información y certificación del presente formulario sirven para que el que posea una licencia conforme a la sección 923 del título 18, Código de los Estados Unidos, determine si él/ella puede vender o entregar legalmente un arma de fuego a la persona indicada en la sección A y para que el adquiriente/comprador este alertado de las restricciones que se imponen al recibo y la posesión de armas de fuego. Este formulario sólo debe utilizarse para las ventas o entregas en las cuales el transferidor/vendedor posee una licencia conforme a la sección 923 del título 18, Código de los Estados Unidos. El transferidor/vendedor del arma de fuego debe determinar la legalidad de la transacción y guardar constancias adecuadas de la misma. Por consiguiente, el transferidor/vendedor debe conocer las disposiciones de las secciones 921-931 del título 18, Código de los Estados Unidos y de los reglamentos que figuran en la partes 478 y 479 del título 27, Código de los Reglamentos Federales. Al determinar la legalidad de la venta o entrega de un rifle o escopeta al residente de otro estado, se presume que el transferidor/vendedor conoce las leyes y las ordenanzas publicadas pertinentes de los estados del transferidor/vendedor y del adquiriente/comprador. *(Véase la publicación ATF 5300.5, Leyes estatales y ordenanzas publicadas.)*

En general, el Formulario ATF 4473 debe ser completado en los locales comerciales con licencia cuando un arma de fuego se transfiere en una transacción directa. La ley federal, sección 922(c) del título 18, Código de los Estados Unidos, permite a un importador, fabricante o distribuidor con licencia vender un arma de fuego a una persona que no aparece personalmente en el establecimiento comercial del licenciatario sólo si el adquiriente/comprador cumple con ciertos requisitos. Estos requisitos se exponen en la sección 922(c), en la parte 478.96(b) del título 27, Código de Reglamentos Federales y en el Procedimiento ATF 2013-2.

Página 3 de 7

Una vez efectuada la transacción, el transferidor/vendedor debe mantener en su archivo permanente el formulario original 4473 de la ATF debidamente completado *(el cual incluye los Avisos, las Instrucciones y las Definiciones)*, así como cualquier documento adicional en sus registros permanentes. Los formularios 4473 se retendrán por lo menos durante veinte años y después de ese periodo podrán ser sometidos a la ATF. El archivo se ordenará cronológicamente *(por fecha de disposición)*, alfabéticamente *(por nombre de comprador)* o numéricamente *(por el número de serie de la transacción)*, siempre y cuando todos los formularios 4473 del mismo transferidor/vendedor, una vez llenados, se archiven de la misma manera.

**DEBERÁN RETENERSE LOS FORMULARIOS 4473 PARA LAS TRANSFERENCIAS DENEGADAS O CANCELADAS:** Si el NICS deniega o cancela la entrega de un arma de fuego, o si por algún otro motivo no se efectúa la entrega después de haberse iniciado la comprobación del NICS, el titular de la licencia, deberá retener el formulario 4473 de ATF en sus archivos durante cinco años, como mínimo. Cuando las ventas, entregas o transferencias no se hayan efectuado con respecto a los correspondientes formularios 4473, estos se retendrán por separado por orden alfabético *(por nombre del adquiriente)* o cronológico *(fecha de la certificación del adquiriente)*.

Si el transferidor/vendedor o el adquiriente/comprador descubre, de la entrega del arma de fuego, que el formulario 4473 de ATF está incompleto o no se ha llenado correctamente y el transferidor/vendedor o el adquiriente/comprador desean corregir la(s) omisión(es) o el/los error(es), se fotocopiará el formulario incorrecto y efectuarán todas las correcciones o anotaciones en la fotocopia. El transferidor/vendedor sólo debe hacer cambios en las secciones B y D; el adquiriente/comprador sólo los hará en las secciones A y C. Quienquiera que haga los cambios deberá poner sus iniciales y fecharlos. La fotocopia corregida deberá adjuntarse al formulario 4473 original y retenerse en los archivos permanentes de el transferidor/vendedor.

El adquiriente/comprador continúa en la página siguiente
**NO SEPARE LAS PÁGINAS; ENGRÁPELAS SI SE SEPARAN**

Forma ATF E 4473 (5300.9) Spanish
versión Revisado en February 2017

Exportador de armas de fuego: El Departamento de Estado o Comercio podrá requerir a un exportador de armas de fuego obtener una licencia antes de exportar. Advertencia: Cualquier persona que exporta un arma de fuego sin la debida autorización puede recibir una multa de no más de $1,000,000 y/o ser encarcelado por no más de 20 años. *(Véase sección 2778(c), título 22, Código de los Estados Unidos).*

### Sección A

El adquiriente/comprador debe llenar personalmente la sección A del presente formulario y certificar *(firmar)* que las respuestas son veraces, correctas y completas. Sin embargo, si el adquiriente/comprador no sabe leer o no sabe escribir, las respuestas *(aparte de la firma)* las puede llenar otra persona, excluyendo al transferidor/vendedor. En este caso, dos personas *(excluyendo al transferidor/vendedor)* deben firmar como testigos de las respuestas del adquiriente/comprador y firmar/certificar en la pregunta 14.

Si el adquiriente/comprador del arma de fuego es una empresa, compañía, asociación, sociedad u otra entidad legal, una persona responsable, que tenga autorización para actuar en nombre de la empresa, llenará la sección A del formulario con su información personal, firmará la sección A y adjuntará una declaración escrita, cuya falsedad se castigaría con pena de perjurio, en la que manifieste que: (A) el arma de fuego se adquiere para uso y propiedad de la empresa y (B) el nombre y la dirección de la empresa.

**Pregunta 1.** Si el nombre del adquiriente/comprador en la pregunta 1 resulta ilegible, el transferidor/vendedor ha de escribir el nombre en letra de molde arriba del nombre escrito por el adquiriente/comprador.

**Pregunta 2. Dirección de Residencia Actual:** Una ruta rural (RR) podrá ser aceptada siempre que el adquiriente/comprador viva en un estado o lugar donde se considera la dirección como una residencia legal. Condado y Parroquia son una y misma cosa.

Si el adquiriente/comprador es un miembro de las Fuerzas Armadas en servicio activo, su estado de residencia es el estado en que se encuentra su puesto de servicio permanente. Si el miembro del servicio esta adquiriendo un arma de fuego en un estado donde se encuentra su puesto de servicio permanente, pero él/ella reside en un estado diferente, el adquiriente/comprador debe incluir tanto su dirección de la estación de servicio permanente y su dirección del estado donde mantiene residencia permanente en respuesta a la pregunta 2. Si el adquiriente/comprador tiene dos estados de residencia, el adquiriente/comprador deberá escribir su dirección de residencia actual en respuesta a la pregunta 2 *(por ejemplo, si el adquiriente/comprador está comprando un arma de fuego mientras se aloja en su casa de fin de semana en el estado X, él/ella debe indicar la dirección en el estado X en respuesta a la pregunta 2).*

**Pregunta 9.** Número único de identificación personal **(Unique Personal Identification Number, UPIN):** En caso de adquirientes/compradores que han sido aprobados para que su información se conserve en el Archivo de Apelaciones Voluntarias del FBI NICS, el NICS les asignará un UPIN, el adquiriente/comprador deberá escribirlo en la respuesta a la pregunta 9. El titular de la licencia de armas debe proporcionar el UPIN cuando se realizan verificaciones de antecedentes penales del comprador a través del NICS o el Estado Punto de Contacto *(POC).*

**Pregunta 10.a. y 10.b.** Las regulaciones federales, sección 478.124(c)(1) del título 27, Código de los Reglamentos Federales, requiere al titular de la licencia obtener la raza del adquiriente/comprador. Esta información ayuda al FBI y/o al Estado Punto de Contacto *(POC)* a verificar o descartar posibles coincidencias durante el proceso de verificación de antecedentes penales y puede ayudar en investigaciones criminales. De conformidad con la Oficina de Administración y Presupuesto *(OMB),* efectivo el 1 de enero de 2003, se requiere a todas las agencias federales que recopilen información sobre raza y etnicidad en sus formas y registros administrativos a que recopilen esta información en un formato estándar. *(Véase la sección 58782 del título 62, Registro Federal).* El formato estándar de OMB consta de dos categorías para los datos sobre el origen étnico: "Hispano o Latino," y "No Hispano o Latino" y cinco categorías para los datos sobre la raza: Indio Americano o Nativo de Alaska, Asiático, Negro o Afroamericano, Nativo de Hawai o de otras islas del Pacífico, y Blanco.

Etnicidad se refiere a la herencia de una persona. Las personas de origen cubano, mexicano, puertorriqueño, centro o sudamericano o de otra cultura u origen español, sin importar la raza, se consideran hispanos o latinos.

Raza - una o más de las siguientes respuestas se debe seleccionar: (1) Indio Americano o Nativo de Alaska - Una persona que tiene orígenes en cualquiera de los pueblos originales de Norte o Sur América (incluyendo América Central), y que mantienen una afiliación tribal o enlace con la comunidad; (2) Asiático - Una persona que tiene orígenes en cualquiera de los pueblos originales del Lejano Oriente, Sureste de Asia o el subcontinente indio, incluyendo, por ejemplo, Camboya, China, India, Japón, Corea, Malasia, Pakistán, Filipinas, Tailandia y Vietnam; (3) Negro o Afroamericano - Una persona que tiene orígenes en cualquiera de los grupos raciales negros de África; (4) Nativo de Hawai u otras islas del Pacifico - Una persona que tiene orígenes en cualquiera de los pueblos originales de Hawai, Guam, Samoa u otras islas del Pacifico; y (5) Blanco - Una persona que tiene orígenes en cualquiera de los pueblos originales de Europa, Oriente Medio o África del Norte. Cualquier otra raza o grupo étnico que no cae dentro de los indicados, por favor seleccione la representación más cercana.

**Pregunta 11.a. Adquiriente/Comprador Actual:** Para este formulario, una persona es el adquiriente/comprador actual si él/ella compra el arma de fuego para sí mismo o si la adquiere para sí mismo(a) de alguna otra manera. *(Por ejemplo, recupera el arma de fuego que estaba empeñada o en consignación, o gana el arma de fuego en una rifa).* Una persona es también adquiriente/comprador actual si él/ella compra legalmente el arma de fuego como un regalo de buena fe para un tercero. Un regalo no es de buena fe si la otra persona ofrece o le dió a la persona que completa este formulario dinero, servicio(s), o elemento(s) de valor para adquirir el arma de fuego para él/ella, o si la otra persona está prohibida por ley para recibir o poseer el arma de fuego.

**EJEMPLOS DE ADQUIRIENTE/COMPRADOR ACTUAL:** El señor Smith le pide al señor García que le compre un arma de fuego, *(quien puede o no puede estar prohibido).* El señor Smith le da al señor García el dinero para el arma de fuego. El señor García NO ES EL ADQUIRIENTE/COMPRADOR ACTUAL del arma de fuego y debe responder "NO" a la pregunta 11.a. El titular de la licencia no puede entregar el arma de fuego al señor García. Sin embargo, si el Sr. Brown compra el arma de fuego con su propio dinero para darle al Sr. Black como un regalo (sin servicio o cosa tangible del valor proporcionado por el Sr. Black), el señor Brown es el adquiriente/comprador actual del arma de fuego y debe responder "SÍ" a la pregunta 11.a. No obstante, el transferidor/vendedor no debe entregar un arma de fuego a una persona que él/ella sepa o tenga causa razonable para considerar que esa entrega está prohibida conforme a los incisos (g), (n) o (x) de la sección 922, título 18 del Código de los Estados Unidos. **EXCEPCIÓN:** Si una persona recoge un arma de fuego reparada, él/ella no tiene que responder a la pregunta 11.a. sino pasar a la pregunta 11.b.

**Preguntas 11.b. - 12.** Por lo general, la sección 922 del título 18, Código de los Estados Unidos, prohíbe el envío, transporte, recibo o posesión en comercio interstatal o que se efectúe el comercio interestatal de un arma de fuego por una persona que: ha sido condenado por un delito grave en cualquier corte federal, estatal o local, o por cualquier otro delito, castigado con una pena de prisión superior a un año, *(esto no incluye delitos menos graves cometidos castigables con reclusión de dos años o menos conforme a la ley del estado);* es prófugo de la justicia, es consumidor ilícito de marihuana o de cualquier deprimente, estimulante o estupefaciente o de otra sustancia controlada; ha sido declarado deficiente mental por alguna autoridad competente o recluído en una institución para enfermos mentales; ha sido dado de baja de las fuerzas armadas en circunstancias deshonrosas; está sujeto a ciertas órdenes de protección; ha sido encontrado(a) culpable y condenado(a) por un delito menor de violencia doméstica o familiar bajo las leyes federales, estatales o tribales; ha renunciado a su nacionalidad estadounidense; es un extranjero que se encuentra ilegalmente en el país o un foráneo admitido a los Estados Unidos bajo Visa de No inmigrante. Además, la sección 922 prohíbe el envío, transporte, recibo o posesión en el comercio interestatal, o que afecte a dicho comercio, de un arma de fuego por una persona que esté acusada por un jurado indagatorio o por el fiscal de cualquier delito castigable con reclusión de más de un año. Información es una acusación formal de un delito verificado por un fiscal.

Un miembro de las Fuerzas Armadas debe contestar "sí" a 11.b. o 11.c. si se le acusa de un delito que se refirió a una Corte Marcial General, o por lo que fue condenado el miembro. Le dieron de baja "bajo circunstancias deshonrosas" significa la separación de las Fuerzas Armadas como resultado de una baja deshonrosas o despido adjudicado por una Corte Marcial General. Ese término no incluye cualquier otro tipo de segregación o separación de las Fuerzas Armadas.

**EXCEPCIÓN:** Al que haya sido condenado por un delito grave por el cual el juez pudiera haberlo encarcelado por un periodo de más de un año, o que haya sido condenado por un delito menos grave de violencia doméstica o familiar, no le está prohibida la compra, recepción o posesión de un arma de fuego si: (1) conforme a la ley que rija en la jurisdicción donde fue condenada, la persona ha sido perdonada o

Forma ATF E 4473 (5300.9) Spanish version Revisado en February 2017

la condena ha sido cancelada o invalidada, o se le han establecido los derechos civiles *(derecho al voto, a pertenecer a un jurado, a desempeñar un cargo público)* que le habían sido retirados Y (2) la ley que rija en la jurisdicción donde fue condenada no prohíbe a esa persona la recepción o posesión de armas de fuego. El que tenga derecho a esa excepción o que recibe relevo de estas incapacidades bajo la sección 925(c), título 18 del Código de los Estados Unidos, debe responder "no" a la pregunta correspondiente.

**Pregunta 11.d. Prófugo de la Justicia:** Cualquier persona que ha huido de cualquier estado para evitar ser procesada por un delito grave o un delito menor; o cualquier persona que deja el estado para evitar dar testimonio en cualquier procedimiento penal. El término también incluye a cualquier persona que sabe que tiene delitos menores o graves pendientes en su contra y se va del estado donde sería procesada.

**Pregunta 11.f. Adjudicado como Deficiente Mentalmente:** La conclusión de un tribunal, junta, comisión u otra autoridad legítima de que una persona, a consecuencia de poseer un grado de inteligencia evidentemente subnormal, o de padecer una enfermedad mental o de otro orden o incompetencia o afección: (1) representa un peligro para sí misma o para otros; o (2) es incompetente para administrar o gestionar sus propios asuntos. Esta expresión comprende, con respecto a esa misma persona: (1) un fallo de demencia dictado por un tribunal en causa penal; y (2) la decisión de incompetencia para someterse a juicio por falta de responsabilidad mental.

**Reclusión en una institución para enfermos mentales:** La reclusión oficial de una persona en una institución para enfermos mentales, por decisión de un tribunal, junta, comisión u otra autoridad legítima. Por esta expresión también se entiende la reclusión involuntaria; la reclusión por deficiencia o enfermedad mental, y la reclusión por otros motivos, como el consumo de estupefacientes. La misma, sin embargo, no incluye la reclusión en una institución para enfermos mentales, para observación o de forma voluntaria.

**EXCEPCIÓN:** En virtud de la Ley de Enmiendas de Mejoras al NICS de 2007, una persona que haya sido declarada deficiente mental o recluida en una institución para enfermos mentales en un procedimiento del estado no se considerará "persona prohibida" por la adjudicación u obligación si la persona ha sido otorgado el relevo por el estado que le adjudicó u obligó en virtud de un relevo de la calificación del programa por discapacidad de salud mental. Además, una persona que ha sido juzgada como deficiente mental o ha sido sometido a una institución mental por un departamento o agencia del Gobierno Federal no está prohibida por la adjudicación u obligación si (a) se dejarán de lado la adjudicación u obligación de la persona o expurgado por la agencia que se lo adjudicó; (b) la persona ha sido puesta plenamente en libertad o exonerada de todo tratamiento, supervisión o vigilancia de parte del organismo; (c) el organismo ha llegado a la conclusión de que la persona ya no sufre de la aflicción mental que motive la declaración original de incompetencia; o (d) la adjudicación o cometimiento, respectivamente, se basa únicamente en un hallazgo médico de la discapacidad, sin tener la oportunidad de ser oído por un tribunal, junta, comisión, u otra autoridad legal, y la persona no ha sido juzgado como trastornado mental defectuoso consistente con la sección 922(g)(4) del título 18 del Código de Estados Unidos; (e) la agencia que adjudicó/le concedió un relevo a la persona de conformidad con un relevo de programa de salud mental calificado. **Las personas que caen dentro de una de las excepciones anteriores deben responder "no" a la pregunta 11.f.** Esta excepción a una adjudicación o compromiso por parte de un departamento o agencia federal no se aplica a cualquiera que haya sido absuelto a causa de demencia o de falta de responsabilidad mental, o considerado incompetente para someterse a juicio, en cualquier caso penal o conforme al Código Uniforme de Justicia Militar *(Uniform Code of Military Justice)*.

**Pregunta 11.h. Órdenes de restricción:** Conforme a la sección 922 del título 18, Código de los Estados Unidos, no podrá comprar ni recibir armas de fuego la persona que sea objeto de una orden judicial: (A) que fue expedida después de una audiencia de la cual fue notificada adecuadamente y en la cual tuvo la oportunidad de participar; (B) por la que se le prohíbe acosar, acechar o amenazar a su hijo o hija, o a su pareja, o al hijo o hija de ésta, o comportarse de manera que infunda en dicha pareja un temor razonable a sufrir lesiones físicas o a que las sufra un menor; y (C) (i) a la que se incorpora la determinación de que esa persona representa una amenaza real para la seguridad física de la pareja o para la de un menor, o (ii) que prohíbe explícitamente el uso, intento de uso, o amenaza de uso de la fuerza contra la pareja o contra un menor, cuando sea razonable suponer que la misma cause daños físicos. Por "pareja" de una persona se entiende o ex-cónyuge de la persona, el progenitor de un hijo o hija de la persona, o alguien que cohabita o haya cohabitado con la persona íntimamente.

Página 5 de 7

**Pregunta 11.i. Delito Menos Grave De Violencia Doméstica:** Una infracción de las leyes federales, estatales, locales o tribales que constituye falta conforme a esas leyes y de la que, como elemento, el uso o el intento del uso de fuerza física, o la amenaza de uso de un arma mortífera, cometida por el cónyuge, progenitor o tutor de la víctima, actual o pasado, o por una persona con la cual la víctima tenga un hijo o hija en común, o por una persona que cohabita o ha cohabitado con la víctima como cónyuge, progenitor o tutor, o por una persona que tiene vínculos íntimos con respecto a un cónyuge, progenitor o tutor de la víctima. Por esta expresión se entiende cualquier falta que tenga como elemento el uso o la tentativa de uso de la fuerza física o la amenaza de uso de un arma mortífera *(por ejemplo, agresión con lesiones)* si la infracción la comete una de las partes definidas. *(Véase las excepciones a 11.b. - 12).* No se considerará persona prohibida la que haya sido condenada por infracción delictiva de violencia familiar a menos que:(1) esa persona hubiera estado representada por un abogado o hubiera renunciado al derecho a esa representación, o (2) si esa persona tenía derecho al juicio por jurado, ha sido juzgada por un jurado. Las personas que tengan derecho a estas excepciones responderán "no" a la pregunta 11.i.

**Pregunta 12.d. Estado Migratorio:** Un extranjero admitido a los Estados Unidos bajo Visa de No Inmigrante entre estos figuran los que viajan temporalmente a los Estado Unidos con fines recreativos o comerciales, los que estudian en los Estados Unidos pero tienen una residencia en el exterior, y ciertos trabajadores extranjeros. Estos extranjeros deben responder "sí" a esta pregunta y proporcionar la documentación adicional requerida en la pregunta 18.c. Extranjeros residentes permanentes y los extranjeros legalmente admitidos en los Estados Unidos de conformidad con el Programa de Exención de Visa o regulaciones que los eximen de los requisitos de visado pueden responder "no" a esta pregunta y no están obligados a presentar la documentación adicional en la pregunta 18.c.

**Pregunta 13. Número de Extranjero emitido por los Estados Unidos o Número de Admisión:** Número de Extranjero emitido por los Estados Unidos o Número de Admisión se pueden encontrar en los siguientes documentos del Departamento de Seguridad Nacional de los Estados Unidos: tarjeta de residente legal o tarjeta de autorización de empleo (AR # o USCIS); Registro de Llegada/Salida, Formulario I94, o el Formulario I-797A (I94#). Información adicional se puede obtener de www.cpb.gov. Si usted es un ciudadano estadounidense o nacionalizado en los Estados Unidos, esta pregunta debe dejarse en blanco.

**Pregunta 14.** Conforme a la sección 922(a)(1) del título 18, Código de los Estados Unidos, es ilícito dedicarse sin licencia al negocio de la compraventa de armas de fuego. Se considera que una persona se dedica al negocio de la compraventa de armas de fuego si él/ella destina tiempo, atención y trabajo a la compraventa de armas de fuego como parte normal de su negocio o comercio, con el objetivo principal de ganarse la vida y lucrarse mediante la compra y reventa reiteradas de armas de fuego. No se exige licencia a las personas que sólo efectúan ventas, compras o canjes esporádicos de armas de fuego para mejorar su colección personal o que lo hacen como afición, o que él/ella venden, en todo o en parte, su colección personal de armas de fuego.

### Sección B

**Pregunta 16. Tipos de armas de fuego.** Por "otras" se entiende los armazones, cajones de mecanismos u otras armas de fuegos que no sean ni armas cortas ni largas *(rifles y escopetas)*; por ejemplo, armas de fuego que tengan empuñadura de pistola por la que se expulsen casquillos de escopeta, o un arma de fuego conforme a la Ley Nacional de Armas de Fuego *(National Firearms Act, NFA)*, incluyendo silenciadores.

Aunque un armazón o cajón de mecanismos sólo se pueda convertir en un arma larga *(rifle o escopeta)*, sigue siendo un armazón o cajón de mecanismos, no un arma corta ni una larga. Sin embargo, cajón de mecanismo o armazón también sigue siendo un arma de fuego, sujeta a las mismas restricciones de la Ley de Control de Armas de Fuego *(Gun Control Act, GCA)* que las demás. *(Véase la sección 921(a)(3)(B)).* Según la sección 922(b)(1) del mismo título y Código, es ilícito que un titular de la licencia venda un arma de fuego que no sea una escopeta ni un rifle a una persona que sea menor de 21 años. Puesto que un armazón o cajón de mecanismos para un arma de fuego, aunque sólo se pueda convertir en un arma larga, es un "arma de fuego que no sea una escopeta o un rifle," no se puede entregar a un menor de 21 años, ni pueden estas armas de fuego ser transferidas a cualquier persona que no sea residente del estado en que la transferencia ha de tener lugar. Cabe observar también que no hace falta formularios para ventas múltiples en el caso de armazones o cajones de mecanismos de cualquier arma de fuego, o para las escopetas con empuñadura de pistola, puesto que no son "pistolas ni revólveres" conforme a la sección 923(g)(3)(A).

Forma ATF E 4473 (5300.9) Spanish
version Revisado en February 2017

**Pregunta 17. Exposición de armas o evento cualificado:** Según se define en la sección 478.100 título 27, Código de los Reglamentos Federales, una exposición de armas o evento cualificado es una función patrocinada por cualquier organización nacional, estatal o local, dedicada a la colección, uso competitivo, o cualquier otro uso deportivo de armas de fuego, o una organización o asociación que patrocina funciones dedicadas a la colección, uso competitivo, o cualquier otro uso deportivo de armas de fuego en la comunidad.

**Pregunta 18.a. Documentación de identidad:** Antes de que el titular de la licencia pueda vender o entregar un arma de fuego a quien no sea titular de la licencia, el transferidor/vendedor debe establecer la identidad, dirección de la residencia y edad del adquiriente/comprador. El adquiriente/comprador debe presentar al transferidor/vendedor un documento de identidad oficial válido, que muestre su fotografía e indique su nombre, la dirección de la residencia y la fecha de nacimiento del adquiriente/comprador. Se aceptará la licencia o permiso de conducir o manejar o una tarjeta de identidad expedida por el estado en lugar de la licencia. No se aceptarán tarjetas del seguro social porque no indican la dirección ni la fecha de nacimiento ni llevan una fotografía. Se puede presentar una combinación de documentos. *(Véase las instrucciones para la pregunta 18.b. Documentación suplementaria).*

Si el adquiriente/comprador pertenece al personal de las Fuerzas Armadas y está en servicio activo y adquiere el arma de fuego en el estado donde se encuentra su puesto de servicio permanente, pero él/ella tiene una licencia de conducir o manejar que ha sido expedida por otro estado, en respuesta a la pregunta 18.a. el transferidor/vendedor debe escribir el número de la tarjeta de identidad militar del adquiriente/comprador así como sus órdenes oficiales que indiquen la ubicación de su puesto de servicio permanente. El titular de la licencia de armas puede aceptar órdenes de cambio permanente de estación *(PCS)* en formato electrónico para establecer residencia.

**Pregunta 18.b. Documentación Suplementaria:** Los titulares de licencias aceptarán una combinación de documentos oficiales válidos para satisfacer los requisitos legales de identificación. Se exige un documento oficial válido que lleve el nombre, la fotografía y la fecha de nacimiento del adquiriente/comprador, lo cual se puede suplementar por medio de otros documentos oficiales válidos que muestren la dirección de residencia del adquiriente/comprador. Esta documentación suplementaria se indicará en la respuesta a la pregunta 18.b., junto con el nombre de la autoridad que la expide y el tipo de la documentación que se presenta. Por ejemplo, si el adquiriente/comprador tiene dos estados de residencia y desea el adquiriente/comprador adquirir/comprar un arma de fuego en el estado X, puede presentar una licencia de conducir *(que muestre su nombre, fecha de nacimiento y fotografía)* expedida por el estado Y, más otro documento oficial *(como un documento de los impuestos)* expedido por el estado X en que se indique la dirección de su residencia. Un documento electrónico válido de un portal electrónico del gobierno puede ser utilizado como documentación suplementaria, siempre que contenga el nombre y la dirección de residencia actual del adquiriente/comprador.

**Pregunta 18.c. Excepciones a la prohibición extranjero no inmigrante y documentación aceptable:** Un extranjero admitido en los Estados Unidos con una visa de no inmigrante no le está prohibido comprar, recibir o poseer un arma de fuego si el extranjero: (1) se encuentra en posesión de una licencia de caza o permiso legalmente emitido por el gobierno federal, un gobierno estatal o local, o una tribu indígena reconocida a nivel federal por la Oficina de Asuntos indígenas, que es válido y vigente; (2) fue admitido en los Estados Unidos legalmente para cazar u otros propósitos deportivos; (3) ha recibido una dispensa a la prohibición por el Fiscal General de Estados Unidos; (4) es un representante oficial de un gobierno extranjero que está acreditado con el Gobierno de Estados Unidos o una misión o entidad gubernamental o de una organización internacional que tiene su sede en los Estados Unidos; (5) es un representante oficial de un gobierno extranjero que está en ruta hacia o desde otro país al que ha acreditado al extranjero; (6) es un representante oficial de un gobierno extranjero o un visitante extranjero distinguido que ha sido designado como tal por el Departamento de Estado; o (7) es un agente de la ley de un gobierno extranjero amigable entrando a los Estados Unidos en asuntos oficiales de aplicación de ley.

**Preguntas 19, Verificaciones de antecedentes penales por medio del NICS:** La sección 922(t) del título 18, Código de los Estados Unidos, estipula que antes de la entrega de cualquier arma de fuego a una persona que no sea titular de una licencia, una que le sea *(en calidad de importador, fabricante o comerciante de armas)* debe comunicarse con el Sistema Nacional Instantáneo de Comprobación de Antecedentes Penales *(National Instant Criminal Background Check System, NICS).* El NICS notificará al titular de la licencia si halla información que indique que al presunto comprador se le prohíbe por ley poseer o recibir un arma de fuego.

Página 6 de 7

A efectos del presente formulario, por comunicarse con el NICS se entiende comunicarse con cualquier organismo Estatal Punto de Contacto o *(POC's)* que esté facultado para efectuar esas averiguaciones para el Gobierno Federal.

El titular de la licencia NO debe comunicarse con el NICS sino poner fin a la transacción si existe una causa razonable para creer que el adquiriente/comprador está prohibido de recibir o poseer un arma de fuego, incluyendo si: el adquiriente/comprador responde "no" a la pregunta 11.a.; el adquiriente/comprador responde "si" a cualquier pregunta en 11.b. - 11.i. o 12.b. - 12.c., el adquiriente/comprador ha contestado "si" a la pregunta 12.d.1., y respondió "no" a la pregunta 12.d.2.; o el adquiriente/comprador no puede proporcionar la documentación requerida por la pregunta 18.a, b, o c. **ADVERTENCIA:** Cualquier persona que transfiere un arma de fuego a cualquier persona que él/ella sabe o tiene motivos razonables para creer que está prohibido de recibir o poseer un arma de fuego viola la ley, incluso si el transferidor/vendedor ha cumplido con los requisitos de verificación de antecedentes penales federales.

Cuando se comunica con el NICS, el titular de la licencia debe anotar, en la respuesta a las preguntas de 19.a. - 19.c.; la fecha de la comunicación con el NICS, el número de transacción del NICS *(o del estado)* y la respuesta inicial (primera) del NICS o del estado. El titular de la licencia puede registrar la fecha en que las armas de fuego pueden ser transferidas al adquiriente/comprador *(también conocido como la fecha que falta información sobre la disposición sobre la disposición (MDI))* en 19.c. Si el titular de la licencia recibe alguna respuesta subsiguiente(s) antes de transferir el arma de fuego, antes de entregar el arma debe anotar en la respuesta a la pregunta 19.d. cualquier respuesta posterior del NICS o del estado o indicar que no se comunicó la resolución en el plazo de tres días hábiles. Si la transacción fue denegada y posteriormente revertida, además de marcar "Proceder" e incluir la fecha, el titular de la licencia también debe marcar la casilla "Revertida" y, si se proporciona, adjuntar el certificado de reversión emitido por NICS o el POC del estado en la forma ATF 4473. Si el titular de la licencia recibe una respuesta del NICS o del estado una vez que haya entregado el arma de fuego, él/ella deberá anotar, esa información debe indicarse en la 19.e. Nota: Los estados que actúen como punto de contacto (POC) intermediarios para las comprobaciones del NICS tal vez empleen términos que no sean "aprobación" *(proceed)* "aplazamiento" *(delayed)*, "cancelación" *(cancelled)* o "denegación" *(denied)*. En esos caso, el titular de la licencia debe marcar la casilla que represente correctamente la respuesta del estado. Algunos estados no proporcionan el número de la transacción para las denegaciones. Sin embargo, si el arma se entrega en el plazo de tres días hábiles, es obligatorio indicar el número de la transacción.

**Las respuestas del NICS.** Si el NICS responde *"proceed"* (aprobación), se puede continuar la transacción. Si el NICS responde *"cancelled"* (cancelación) o *"denied"* (negado), se prohíbe al transferidor/vendedor que entregue el arma de fuego al adquiriente/comprador. Si el NICS responde *"delayed"* (aplazamiento), se prohíbe al transferidor/vendedor que entregue el arma de fuego a menos que hayan transcurrido tres días hábiles y, antes de la entrega, el NICS o el estado no haya notificado al transferidor/vendedor que el recibo o la posesión del arma de fuego por el adquiriente/comprador constituiría una contravención de la ley. *(Para saber cómo se calculan los "tres días hábiles," véase el ejemplo de la sección 478.102(a) del título 27, Código de los Reglamentos Federales).* Si el NICS responde *"delayed"* (aplazamiento), el NICS también facilitará una fecha en el caso de falta de información para la resolución de la solicitud *(Missing Disposition Information MDI);* esa fecha, que ya tiene en cuenta los tres días hábiles, significa cuándo se puede entregar el arma de fuego conforme a la ley federal. Los estados pudieran no facilitar una fecha MDI. Debe recordarse que la ley del estado puede imponer un plazo de espera para la entrega de armas de fuego.

**Preguntas 20 y 21. Excepciones del NICS:** No se exige la comprobación del NICS cuando a la entrega del arma de fuego se aplican cualquiera de las excepciones que figuran en la sección 478.102(d) del título 27, Código de los Reglamentos Federales. En general, esas excepciones son: (a) transferencias a un individuo que se ha sometido al proceso de verificación de antecedentes penales durante el proceso de aprobación sujeto a la Ley Nacional de Armas; (b) transferencias donde el adquiriente/comprador ha presentado al titular de la licencia o un permiso licencia que permite al adquiriente/comprador poseer, adquirir, o llevar un arma de fuego, y el permiso ha sido reconocido por ATF como una alternativa válida a la comprobación del requisito de NICS; o (c) las entregas que hayan quedado exentas del requisito de comprobación del NICS, por haber certificado a ATF que el cumplimiento con dicho requisito sería impracticable. Si la entrega se puede atener a cualquiera de estas excepciones, el titular de la licencia debe obtener la documentación que exige la sección 478.131 del título 27, Código de los Reglamentos Federales. Un arma de fuego no se entregará a adquiriente/comprador alguno que no proporcione dicha documentación.

Forma ATF E 4473 (5300.9) Spanish
version Revisado en February 2017

Una verificación del NICS debe llevarse a cabo si un arma de fuego NFA ha sido aprobado para su transferencia a un fideicomiso, o a una entidad legal, como una corporación, y no se llevó a cabo una verificación de antecedentes penales como parte del proceso de aprobación de la NFA al individuo que recibirá el arma de fuego. Las personas que se han sometido a una verificación de antecedentes penales durante el proceso de aplicación de la NFA se enumeran en el formulario de transferencia de NFA aprobado.

### Sección C

**Preguntas 22 y 23. Entrega en fecha diferente y recertificación:** Si la entrega se efectúa en una fecha que no sea la de la firma de la sección A por el adquiriente/comprador, el titular de la licencia debe verificar de nuevo la fotografía de identidad del adquiriente/comprador en el momento de la entrega.

### Sección D

**Preguntas 24-28. Descripción de las armas de fuego.** Estos encasillados deben de ser completados con la información sobre las armas de fuego. Se debe indicar el número de serie de las armas fabricadas después de 1968 por el titular de la licencia federal de armas. Si se adquiere un arma de fuego legalmente que no lleve un número de serie (por ejemplo, pre-1968); la pregunta 26 se puede contestar con las siglas "NSN" o "N/A" o con la palabra "ninguno" *(None)*.

Si la transacción envuelve más de cuatro armas de fuego, la información requerida por la sección D preguntas 24-28, se facilitará en una hoja de papel aparte para las armas adicionales, la cual se adjuntará al correspondiente formulario 4473 de ATF.

Tipos de armas de fuego incluyen, pero no limitado a: pistola, revólver, rifle, escopeta, cajón de mecanismo, o armazón y otras armas de fuego que no son ni pistolas ni armas largas *(rifles o escopetas)*, tales como las armas de fuego que tiene una empuñaduras de pistola que expulsan un cartucho de escopeta *(arma de fuego con empuñadura de pistola)* o armas de fuego NFA *(ametralladoras, silenciadoras, escopeta de cañon corto, rifle de cañon corto, dispositivo destructivo o "cualquier otra arma")*.

Armas de fuego adicionales compradas por el mismo adquiriente/comprador no se pueden añadir a la forma después de que el transferidor/vendedor ha firmado y fechado. Un adquiriente/comprador que desea adquirir armas de fuego adicionales después de que el transferidor/vendedor ha firmado y fechado el formulario debe completar un nuevo formulario 4473 de la ATF y someterse a una nueva verificación de NICS.

**Pregunta 31.** Este encasillado es para uso del titular de la licencia en el que puede registrar cualquier información que él/ella considere necesaria para realizar negocios.

**Pregunta 32.** Marque este encasillado o escriba "Transferencia Entre Partes Privadas" en la pregunta 31 si el titular de la licencia está facilitando la venta o transferencia de un arma de fuego entre personas privadas de conformidad con el Procedimiento ATF 2013-1. Esto ayudará al titular de la licencia a documentar en sus registros cual de las trancacciones corresponde con las transferencia entre partes privadas, y el por qué no hay entradas correspondientes en el A&D cuando la transferencia no procedió debido a que fue denegada, retrasada o cancelada.

### Información estipulada en la Ley de Privacidad

La solicitud de esta información está autorizada conforme a la sección 923(g) del título 18, Código de los Estados Unidos. La divulgación de esta información por parte del adquiriente/comprador es obligatorio para la transferencia del arma de fuego. La divulgación del número de seguro social de la persona es voluntaria. El número puede ser utilizado para verificar la identidad del adquiriente/comprador.

Para obtener información acerca de los usos de rutina de esta forma véase Sistema de Notificación de Registros Justicia/ATF-008, Sistema de aplicación de reglamentación *(68 FR 163558, 24 de enero de 2003)*.

### Aviso conforme a la Ley de Reducción del Papeleo

La información que se pide en el presente formulario está en conforme a la Ley de Reducción del Papeleo de 1995. Esa información tiene el fin de establecer si el adquiriente tiene derecho a recibir armas de fuego conforme a la ley federal. Está información la pueden inspeccionar los funcionarios de ATF y es obligatorio proporcionarla conforme a la secciones 922 y 923 del título 18, Código de los Estados Unidos.

El tiempo que se necesita para la recopilación de los datos que se piden se calcula en unos 30 minutos por formulario pero variará según las circunstancias de cada caso. Los comentarios sobre la exactitud de ese cálculo y las sugerencias para reducir ese tiempo se deben dirigir al *Resource Management Staff, Bureau of Alcohol, Tobacco, Firearms and Explosives, Washington, DC 20226.*

Ningún organismo podrá solicitar información ni patrocinar su recolección y nadie estará obligado a responder a esa solicitud, a menos que el formulario correspondiente muestre un número de control de OMB *(Office of Management and Budget)*, válido en el momento de la solicitud. No se garantiza la confidencialidad.

Forma ATF E 4473 (5300.9) Spanish version Revisado en February 2017