

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives
244 Needy Road
Martinsburg, West Virginia 25405

www.atf.gov

# United States of America

To Whom It May Concern:

I, Tracey L. Robertson, certify that I am Chief, Federal Firearms Licensing Center, Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice, Martinsburg, West Virginia. I further certify that Kimberley Rowland is personally known to me as Supervisor, Federal Firearms Licensing Center, Bureau of Alcohol, Tobacco, Firearms and Explosives, Martinsburg, West Virginia, and has legal custody of the records of the Bureau of Alcohol, Tobacco, Firearms and Explosives pertaining to firearms licenses for all persons who make application for or are issued such licenses within the State of Florida to engage in business as firearms or ammunition importers, manufacturers, dealers, or collectors, and that the signature affixed to the attached certification is the genuine signature of said Kimberley Rowland.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed.

By direction of the Attorney General:

September 17, 2019
Date

Tracey L. Robertson
Chief, Federal Firearms Licensing Center



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives
244 Needy Road
Martinsburg, West Virginia 25405

www.atf.gov

# United States of America

To Whom It May Concern:

I, Kimberley Rowland, certify that I am Supervisor, Federal Firearms Licensing Center, Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice, Martinsburg, West Virginia, and that in my official capacity, I have immediate legal custody of the records of the Bureau of Alcohol, Tobacco, Firearms and Explosives, pertaining to firearms licenses for all persons who make application for or are issued such licenses within the State of Florida to engage in business as firearms or ammunition importers, manufacturers, dealers, or collectors.

I do hereby certify that Academy Limited, D/B/A Academy Sports and Outdoors Number 231, 11955 East Colonial Drive, Orlando, Florida 32826 was licensed as a Dealer In Firearms Other Than Destructive Devices, License Number 1-59-095-01-0C-31961 and was licensed with the Bureau of Alcohol, Tobacco, Firearms and Explosives during the period of January 1, 2018 through September 16, 2019.

September 17, 2019
Date

Kimberley Rowland
Supervisor, Federal Firearms Licensing Center