

# COURT EXHIBIT LIST

**CASE NO.** 6:20-CR-23-ORL-18DCI
**STYLE:** US v WILMER EDUARDO MEJIA-PALACIOUS

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | 9/10/20 | | N/A | N/A | STRIKE SHEETS USED BY THE COURT DURING JURY SELECTION HELD 9/9/20 |
| 2 | 9/11/20 | | | | JURY QUESTION REGARDING ANTHONY MORRISON TESTIMONY |
| 3 | 9/11/20 | | | | JURY NOTE FROM TAMIM AZIZ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[1] Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.