





Def 2
13
14
21
12
20
7
19
6
18
5
17
3
16



Gov-3

| | | | | | | |
|---|---|---|---|---|---|---|
| ~~3~~ | 5 | 6 | 7 | 12 | 17 | 19 |
| 20 | 22 | 23 | 24 | 25 | 26 | |

Def 3

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | 5 | 6 | 7 | 12 | 17 | 19 |
| 20 | ~~22~~ | 23 | ~~24~~ | 25 | 26 | |

Govt 4

| 5 | 6 | 7 | 12 | 17 | 19 | 20 |
| --- | --- | --- | --- | --- | --- | --- |
| 25 | 26 | 23 | 27 | 28 | 29 | 30 |

Def 4
5
6
7
12
17
19
20
25
26
23
27
28
29
Cause
27
9 out of 10X I'm going to side w/ LEO
Spivek
29
Usually side w/ law enf. 9 out of 10 times
Lerner